IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREATER OMAHA PACKING CO., INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOHNSON FEED, INC.,**<br><br>**Defendant.** | **CASE NO. 8:24CV104** |

## ORDER APPROVING STIPULATION REGARDING DISCOVERY RESPONSES

This matter is before the Court on Plaintiff Greater Omaha Packing Co., Inc.'s ("Plaintiff") and Defendant Johnson Feed, Inc.'s ("Defendant" and collectively with Plaintiff, the "Parties") Stipulation Regarding Discovery Responses ("Stipulation"). The Court has reviewed and considered the Stipulation and finds good cause to approve it. Accordingly, it is ordered that Plaintiff shall supplement the discovery responses identified in the Stipulation consistent with the Parties' agreements on or before December 3, 2024. The Court notes that the Parties intend to work cooperatively and in good faith on particular discovery issues moving forward, and the Court will consider motions relating to such issues if and when any are filed.

IT IS SO ORDERED.

Dated this 20th day of November, 2024.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge