## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREATER OMAHA PACKING CO., INC.,** | |
| **Plaintiff,** | **8:24CV104** |
| **vs.** | |
| **JOHNSON FEED, INC.,** | **MEDIATION REFERENCE ORDER** |
| **Defendant.** | |

This matter is before the Court on the Joint Motion to Refer Case to Mediation, Extend Certain Deadlines, and to Terminate Pending Motion (Filing No. 40). After review of the motion and for good cause shown, the Court determines the nature of the case and the amount in controversy make resolution of the case a practical possibility and refers the case to mediation. Counsel for the parties have advised the Court that mediation is scheduled for February 14, 2025, with Peter J. Gartelos. Accordingly,

**IT IS ORDERED** as follows:

1.    The Joint Motion to Refer Case to Mediation, Extend Certain Deadlines, and to Terminate Pending Motion (Filing No. 40) is granted.

2.    The Defendant's Rule 37(b)(2) Motion for Discovery Sanctions (Filing No. 33) is denied without prejudice and the motion hearing set for February 4, 2025, is cancelled.

3.    On or before **February 21, 2025**, the parties shall notify the Court regarding the outcome of mediation.

4.    The deadlines for completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  | |
|---|---|
| For the parties: | **March 19, 2025** |
| For rebuttal: | **April 2, 2025** |

5.    The planning conference set for March 5, 2025, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **April 2, 2025**, at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

6.    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **April 7, 2025**.

7.     The deadline for filing motions to dismiss and motions for summary judgment is **April 28, 2025**.

8.     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **April 28, 2025**.

Dated this 3rd day of February, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge