# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREATER OMAHA PACKING CO., INC.,** | |
| Plaintiff, | 8:24CV104 |
| vs. | **AMENDED TRIAL SETTING ORDER** |
| **JOHNSON FEED, INC.,** | |
| Defendant. | |

This matter comes before the Court following a telephonic hearing held on October 20, 2025, with counsel for the parties on the Joint Motion to Extend Deadlines (Filing No. 64). After review of the motion, and in accordance with the discussion during the hearing, the Court finds good cause to grant the requested extensions, in part. Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend Deadlines (Filing No. 64) is granted, in part and the trial setting order is amended as follows:

1. The deadline for completing rebuttal expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is extended to **November 12, 2025**.

2. The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **December 12, 2025**.[1]

3. The deadline for filing motions to dismiss and motions for summary judgment is extended to **January 12, 2026**.

4. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **January 12, 2026**.

5. The Final Pretrial Conference remains scheduled before the undersigned magistrate judge on **April 20, 2026**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on April 13, 2026**.

---

[1] The parties indicated that certain third-party subpoenas may be necessary. In the event of a dispute regarding any subpoenas, the parties shall contact chambers of the undersigned magistrate judge to schedule a telephone conference.

6. The jury trial of this case remains set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **May 11, 2026**, or as soon thereafter as the case may be called, for a duration of **seven (7)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

7. Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

8. The parties are ordered to comply with **Chief Judge Rossiter's** Civil Jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 20th day of October, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge